AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| PJI RESTAURANT, LLC a Florida limited liability company, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 25-CV-10006 MOORE |
| PAPA JOES OF ISLAMORADA, LLC, a Florida limited liability company, and WILLIAM GEHRKENS, an individual | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM H GEHRKENS
88005 Overseas Highway
Suite 10-231
Islamorada, Florida 33036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan R. Woodard
Cleo Suero
Malloy & Malloy, P.L.
2800 SW Third Avenue
Miami, FL 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____01/21/2025_____

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PJI RESTAURANT, LLC <br> a Florida limited liability company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> PAPA JOES OF ISLAMORADA, LLC, <br> a Florida limited liability company, and <br> WILLIAM GEHRKENS, an individual <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-CV-10006 MOORE <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAPA JOES OF ISLAMORADA, LLC
88005 Overseas Highway
Suite 10-231
Islamorada, Florida 33036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jonathan R. Woodard
> Cleo Suero
> Malloy & Malloy, P.L.
> 2800 SW Third Avenue
> Miami, FL 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____01/21/2025_____

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts